ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

DAN M. KARMEL (NYBN 5151485)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7007
    FAX: (415) 436-7234
    dan.karmel@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 24-MJ-70785 MAG |
| Plaintiff, | DETENTION ORDER |
| v. | |
| FRAMAR RAMOS-AGUILAR, | |
| Defendant. | |

On May 22, 2024, defendant Framar Ramos-Aguilar was charged by Criminal Complaint with Conspiracy to Distribute and Possess with Intent to Distribute Fentanyl, in violation of Title 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(C).

This matter came before the Court on May 29, 2024, for a detention hearing. The defendant was present and represented by Assistant Federal Public Defender Daniel Blank. Assistant United States Attorney Dan Karmel appeared for the government. The government moved for detention, and the defendant opposed. At the hearing, counsel submitted proffers and arguments regarding detention.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the person as required. Accordingly, the defendant

must be detained pending trial in this matter.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1). As noted on the record, the Court finds that in the past eight years the defendant has been arrested in Colorado, Arizona, and Texas, which substantiates concerns raised by Pretrial Services regarding the defendant's lack of ties to and length of residence in the community. The Court also notes that the defendant's criminal history demonstrates a repeated disregard for the law, including conditions of pretrial release. In particular, an active full-extradition warrant has been lodged against the defendant by the Adams County Sheriff's Office in Colorado for Failure to Appear.

This finding is made without prejudice to the defendant's right to seek review of defendant's detention, or file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: May 30, 2024

*Sallie Kim*
HONORABLE SALLIE KIM
United States Magistrate Judge