ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

SAILAJA M. PAIDIPATY (NYBN 5160007)
Assistant United States Attorney

> 450 Golden Gate Avenue, Box 36055
> San Francisco, California 94102-3495
> Telephone: (415) 436-7200
> Fax: (415) 436-7234
> sailaja.paidipaty@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. 3:24-mj-70785-MAG |
|---|---|
| Plaintiff, | ) |
| v. | ) NOTICE OF REMOVAL OF COUNSEL |
| VARELA-AGUILAR et al, | ) |
| Defendant(s). | ) |

The United States Attorney's Office hereby files this Notice of Removal of Counsel to advise the Court that Assistant United States Attorney Sailaja M. Paidipaty is no longer assigned to this matter. Please remove Assistant United States Attorney Sailaja M. Paidipaty from the attorneys to be noticed in this case.

DATED: May 31, 2024                           Respectfully submitted,

                                                        ISMAIL J. RAMSEY
                                                        United States Attorney

                                                        */s/ Sailaja M. Paidipaty*
                                                        SAILAJA M. PAIDIPATY
                                                        Assistant United States Attorney